| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Dennis J. O'Grady, Esq. (DO-7430)<br>J. Alex Kress, Esq. (JK-7189)<br>Mark E. Hall, Esq. (MH 9621)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br><br>WEIL, GOTSHAL & MANGES LLP<br>Martin J. Bienenstock, Esq. (MB NY-3001)<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Co-Counsel to the Debtors | *Order Filed on 10/31/2006 by Clerk U.S. Bankruptcy Court District of New Jersey* |
| In re:<br><br>G-I HOLDINGS INC., et al.,<br><br>Debtors. | In Proceedings for Reorganization Under Chapter 11<br><br>Hon. Rosemary Gambardella, U.S.B.J.<br><br>Case Nos. 01-30135 (RG) and 01-38790 (RG)<br>(Jointly Administered) |

**ORDER PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING G-I HOLDINGS, INC. TO FILE DOCUMENTS UNDER SEAL - HARTFORD SETTLEMENT**

   The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: 10/31/2006**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

<u>In re G-I Holdings Inc., et al.</u>, Bankr. Nos. 01-30135 (RG) and 01-38790 (RG) (Jointly Administered)

**ORDER PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING G-I HOLDINGS, INC. TO FILE DOCUMENTS UNDER SEAL – HARTFORD SETTLEMENT**

THIS MATTER having been opened to the Court by Riker, Danzig, Scherer, Hyland & Perretti LLP and Weil, Gotshal & Manges LLP, co-counsel to the debtor and debtor-in-possession herein, G-I Holdings Inc. (the "Debtor"), upon the Motion of G-I Holdings Inc. for an Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 Authorizing G-I Holdings Inc. – Hartford Settlement to file documents under seal (the "Motion"); and the Court having considered the pleadings submitted and the arguments presented, if any; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and it appearing that due and proper notice of the Motion has been provided; and it further appearing that the Allocation Analysis, the Settlement Amount, and the Settlement Agreements referenced in the Motion are confidential; and it further appearing that the relief requested in the Motion is necessary to protect the interests of the estate; and upon the proceedings had before the Court, if any; and good and sufficient cause appearing therefore, it is hereby

ORDERED that G-I be, and hereby is, AUTHORIZED to file the Allocation Analysis, the Settlement Amount, and the Settlement Agreements under seal pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018; and it is further

ORDERED that G-I be, and hereby is, AUTHORIZED to provide the relevant portions of the Allocation Analysis, the Settlement Amount, and the Settlement Agreements to the Committee, the Legal Representative and other interested parties (other than the defendants in the Environmental Coverage Action, governmental entities asserting environmental claims and co-liable potentially-responsible parties at the environmental sites) subject to the entry of an appropriate confidentiality agreement; and it is further

*Approved by Judge Rosemary Gambardella    October 31, 2006*

<u>In re G-I Holdings Inc., et al.</u>, Bankr. Nos. 01-30135 (RG) and 01-38790 (RG) (Jointly Administered)

**ORDER PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING G-I HOLDINGS, INC. TO FILE DOCUMENTS UNDER SEAL – HARTFORD SETTLEMENT**

ORDERED that G-I's counsel be, and hereby is, DIRECTED to serve a true copy of this Order upon the United States, their counsel, if any, the Office of the United States Trustee, the Insurers and their counsels, if any, and the Core Service List within seven (7) days after its receipt of an entered copy of this Order.

3696038.1

3

*Approved by Judge Rosemary Gambardella   October 31, 2006*